FILED'05 AUG 18 16:41USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-60053-HO |
| Plaintiff, | ) **SUPERSEDING INDICTMENT** |
| v. | ) 18 U.S.C. § 241- Conspiracy to Violate Civil Rights; 18 U.S.C. § 1512 - - Obstruction of Justice; 18 U.S.C. § 373 - Solicitation to Commit a Crime of Violence; 18 U.S.C. § 922(g)(1) - Felon in Possession |
| JACOB ALBERT LASKEY, GABRIEL DOYLE LASKEY, and GERALD ANTHONY POUNDSTONE, | |
| Defendants. | |

**THE GRAND JURY CHARGES**:

INTRODUCTORY ALLEGATIONS

At all times material to this indictment:

1. Defendants JACOB ALBERT LASKEY, GABRIEL DOYLE LASKEY and GERALD ANTHONY POUNDSTONE were self-avowed white supremacists who advocated, among other things, the supremacy of white people over other races, separation of the races, and the oppression of Jewish, African American, and other ethnic and racial groups.

2. In furtherance of their cause, the defendants sought to commit acts of violence and destruction against Jews, African Americans, and members of other ethnic and racial groups, whenever such opportunities arose, with one such attack taking place on or about October 25, 2002, against Temple Beth Israel.

Page 1 -    **SUPERSEDING INDICTMENT**

## COUNT 1

1. Beginning in or about October 2002, in the District of Oregon, Defendants JACOB ALBERT LASKEY, GABRIEL DOYLE LASKEY, GERALD ANTHONY POUNDSTONE, and other persons known and unknown to the grand jury, did willfully conspire and agree with one another to injure, oppress, threaten, and intimidate Jewish persons in the free exercise and enjoyment of the rights secured to them by the Constitution and laws of the United States to use, hold, and occupy real property in the same manner as is enjoyed by all citizens, without discrimination on account of race.

### Manner and Means

2. It was part of the plan and purpose of the conspiracy for the defendants to use threats, intimidation, force, and violence against Jewish persons.

3. It was also part of the plan and purpose of the conspiracy for the defendants to threaten and intimidate Jewish persons by throwing rocks engraved with Nazi swastikas, and breaking windows of the Temple Beth Israel while a religious service was in progress, and through such intimidation, force, and threat of force, to interfere with Jewish persons enjoying their right to use, hold, and occupy property, without discrimination on account of race.

### Overt Acts

4. In furtherance of said conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed within the District of Oregon, and elsewhere:

    a. On or about October 25, 2002, Defendants JACOB ALBERT

LASKEY, GABRIEL DOYLE LASKEY, GERALD ANTHONY POUNDSTONE, and other persons known and unknown to the grand jury, traveled in a motor vehicle belonging to Defendant JACOB ALBERT LASKEY, and parked near the Temple Beth Israel located at or near 2550 Portland Street, Eugene, Oregon.

     b.    Shortly after their arrival, rocks that were engraved with Nazi symbols were distributed to each of the five male occupants seated in the vehicle.

     c.    The five all got out of the vehicle and walked a short distance to get closer to the temple.

     d.    After getting closer, they all threw these rocks at the temple, breaking windows of the temple while a religious service was in progress, intimidating those in attendance.

     e.    They all then ran back to the vehicle and fled the scene of the attack.

All in violation of Title 18, United States Code, Section 241.

## COUNT 2

On or about July 21 and 22, 2004, in the District of Oregon, Defendant JACOB ALBERT LASKEY did knowingly intimidate, threaten, and corruptly persuade and did attempt to intimidate, threaten, and corruptly persuade another person, A.M., with intent to influence, delay, and prevent the testimony of A.M. in an official proceeding, to-wit, a federal grand jury investigating violations of federal civil rights laws and other federal crimes.

In violation of 18, United States Code, Section 1512(b)(1).

## COUNT 3

In or about the summer of 2004, in the District of Oregon, Defendant GERALD ANTHONY POUNDSTONE did knowingly use intimidation and threats, and did attempt to use

Page 3 -   SUPERSEDING INDICTMENT

intimidation and threats, with intent to hinder, delay, and prevent the communication by a witness, J.B., to a federal law enforcement officer, of information relating to the commission or possible commission of a federal offense, to-wit, conspiracy against civil rights of citizens, as set forth in Title 18, United States Code, Section 241.

In violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT 4

In or about the latter part of 2004 and the early part of 2005, in the District of Oregon, Defendant JACOB ALBERT LASKEY did knowingly use intimidation and threats, and did attempt to use intimidation and threats, with intent to hinder, delay, and prevent the communication by a witness, J.B., to a federal law enforcement officer, of information relating to the commission or possible commission of a federal offense, to-wit, conspiracy against civil rights of citizens, as set forth in Title 18, United States Code, Section 241.

In violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT 5

On or about April 17, 2005, in the District of Oregon, Defendant JACOB ALBERT LASKEY, with intent that another person, J.B., engage in conduct constituting a felony that has as an element the use of physical force against a person, in violation of the laws of the United States, including Title 18, United States Code, Sections 1512(a)(1)(A) and 1512(a)(2)(A), and under circumstances strongly corroborative of that intent, did solicit and otherwise endeavor to persuade J.B. to engage in such conduct, that is, to kill, and attempt to kill, a person, A.M., and otherwise use physical force and the threat of physical force against A.M., and attempt to do so, to prevent the attendance and testimony of A.M. in an official proceeding, to-wit, a grand jury

investigation and trial of Defendant JACOB ALBERT LASKEY for violations of the federal civil rights laws and other federal crimes.

In violation of Title 18, United States Code, Section 373.

## COUNT 6

On or about April 17, 2005, in the District of Oregon, Defendant JACOB ALBERT LASKEY, with intent that another person, J.B., engage in conduct constituting a felony that has as an element the use of physical force against a person, in violation of the laws of the United States, including Title 18, United States Code, Sections 1512(a)(1)(A) and 1512(a)(2)(A), and under circumstances strongly corroborative of that intent, did solicit and otherwise endeavor to persuade J.B. to engage in such conduct, that is, to kill, and attempt to kill, a person, K.P., and otherwise use physical force and the threat of physical force against K.P., and attempt to do so, to prevent the attendance and testimony of K.P. in an official proceeding, to-wit, a grand jury investigation and trial of Defendant JACOB ALBERT LASKEY for violations of the federal civil rights laws and other federal crimes.

In violation of Title 18, United States Code, Section 373.

## COUNT 7

On or about April 17, 2005, in the District of Oregon, Defendant JACOB ALBERT LASKEY, with intent that another person, J.B., engage in conduct constituting a felony that has as an element the use of physical force against a person, in violation of the laws of the United States, including Title 18, United States Code, Sections 1512(a)(1)(A) and 1512(a)(2)(A), and under circumstances strongly corroborative of that intent, did solicit and otherwise endeavor to persuade J.B. to engage in such conduct, that is, to kill, and attempt to kill, a person, D.D., and otherwise use physical force and the threat of physical force against D.D., and attempt to do so,

to prevent the attendance and testimony of D.D. in an official proceeding, to-wit, a grand jury investigation and trial of Defendant JACOB ALBERT LASKEY for violations of the federal civil rights laws and other federal crimes.

In violation of Title 18, United States Code, Section 373.

## COUNT 8

On or about April 17, 2005, in the District of Oregon, Defendant JACOB ALBERT LASKEY, with intent that another person, J.B., engage in conduct constituting a felony that has as an element the threatened use of physical force against a person, in violation of the laws of the United States, including Title 18, United States Code, Section 1512(c)(2) and 18 U.S.C. § 2332a(a)(3), and under circumstances strongly corroborative of that intent, did solicit and otherwise endeavor to persuade J.B. to engage in such conduct, that is, to corruptly obstruct, influence, and impede an official proceeding, to-wit, a federal grand jury investigation into federal civil rights violations and other federal crimes by the Defendant, and did attempt to do so, by requesting J.B. to telephonically communicate information to occupants of a federal building in Eugene, Oregon, where the grand jury conducted its investigations, that a bomb was about to be exploded.

In violation of Title 18, United States Code, Section 373.

## COUNT 9

Beginning on a date unknown and continuing until on or about April 6, 2005, in Springfield, Oregon, and elsewhere in the District of Oregon, Defendant JACOB ALBERT LASKEY, having been convicted of the following felony crime punishable by imprisonment for a term exceeding one year, to-wit:

Page 6 -    SUPERSEDING INDICTMENT

Assault in the Third Degree in the Circuit Court of the State of Oregon for Lane County, Case No. 20-02-26294B, on or about March 13, 2003; did knowingly possess the following firearm and ammunition, to-wit:

1. Colt .45 caliber black semiautomatic pistol, bearing Serial No. 37732B70;

2. Multiple .45 caliber bullet cartridges; and

3. Box of 7.62 mm ammunition;

which firearm and ammunition had been shipped or transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

DATED this 18th Day of August 2005:

A TRUE BILL:

/s/ Grand Jury Foreperson

_____
FOREPERSON

Presented by:

KAREN J. IMMERGUT
United States Attorney

By:_____
JEFFREY K. KENT
Assistant U.S. Attorney

Page 7 - SUPERSEDING INDICTMENT