# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

FILED '06 APR 18 13:18 USDC-ORE

| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>Gabe Doyle LASKEY<br>                Defendant, | No. CR05-60053-03-HO<br><br>WAIVER OF HEARING<br>MODIFICATION OF BOND CONDITIONS |
|---|---|

I, Gabe Doyle LASKEY, have been advised that U.S. Pretrial Services Officer Nicholas Stranieri will petition the Court for modification of my bond conditions as follows:

Remove pretrial supervision and place defendant on his own recognizance.

I have also been advised that I am entitled to a hearing before the Court in which I would be represented by legal counsel in order to contest this proposed modification. I concur with the proposed modification and hereby waive such a hearing.

4/7/06  Date — Gabe Doyle LASKEY, Defendant

4/7/06  Date — Nicholas Stranieri, Pretrial Services Officer

4/13/06  Date — Lynn Shepherd, Defense Counsel

4/14/06  Date — Bud Fitzgerald, AUSA

4/18/06  Date — Thomas M. Coffin, U.S. Magistrate Judge

WAIVER OF HEARING
RE: MODIFICATION OF BOND CONDITIONS