BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
gavin.bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:05-cr-60053-MC** |
| **v.** | **WRIT OF HABEAS CORPUS** *AD PROSEQUENDUM* |
| **JACOB ALBERT LASKEY,** | |
| **Defendant.** | |

To:    Superintendent, Oregon State Correctional Institution:

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the

body of above-named defendant, Jacob Albert Laskey, a prisoner in your custody currently being

housed at the Oregon State Correctional Institution, 3405 Deer Park Drive SE, Salem, Oregon

97310 to the United States Marshal for the District of Oregon, or his duly authorized Deputy,

who is hereby directed to produce said prisoner before this court on April 24, 2019 at 9:30 a.m.,

for the purpose of a hearing and any dates thereafter in the above-captioned case.

**Writ of Habeas Corpus *Ad Prosequendum***

IT IS FURTHER ORDERED that the United States Marshal, or his duly authorized

Deputy, shall re-deliver said prisoner to your facility at the conclusion of this hearing, and is

authorized to incur the necessary expenses connected therewith, as provided by law.

Dated this ____/____ day of ~~March~~ April 2019.

_____
MICHAEL J. MCSHANE
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS
Acting United States Attorney

s/ Gavin W. Bruce
GAVIN W. BRUCE
Assistant United States Attorney